# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

JAMES EDWARD GRANT,

    Petitioner,

v.

AGENT DANIEL ROBINSON,
MPD BENISH, TIM HAMMOND,
DCTF JOHN DOE and MPD JOHN DOE,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-689-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____1/9/09_____
Date